## MOSS V. MAYOR, ETC., OF BIRMINGHAM.

### *Violating City Ordinance.*

(Decided March 2. 1907.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. M. M. BALDWIN.

E. M. HAMIL, and KERR & HALEY, for appellant.

J. Q. SMITH, for appellee.

MCCLELLAN, J.—Affirmed on the authority of *Mayor & Aldermen of Birmingham v. O'Hearn,* 149 Ala. 307, 42 South. 836.

TYSON, C. J., DOWDELL and ANDERSON, JJ., concur.

---

## PELL CITY MFG. CO. V. COE.

### *Garnishment.*

(Decided April. 11, 1907.)

APPEAL from St. Clair Circuit Court.

Heard before Hon. JOHN PELHAM.

SMITH & HERREN, for appellant.

STARNES & MATTHEWS, for appellee.

Opinion by DOWDELL, J.

Affirmed.

TYSON, C. J., ANDERSON and MCCLELLAN, JJ., concur.